UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
LARRY JOE MCLAURIN     CASE NO.  15-50412-KMS
                       CHAPTER 13

## MOTION FOR MODIFICATION OF PLAN

COMES NOW, Debtor, Larry Joe McLaurin, and files this proposed Modification of the Chapter 13 Plan and/or Schedules as follows:

1. That collateral with Action Financial shall be abandoned.

2. That United Consumer Financ. shall be added to the plan but the vacuum cleaner shall be abandoned.

3. That copies of this Motion and the amended/modified Plan and/or Schedules are hereby being sent to the Trustees and to all affected creditors.

Debtor moves the Court to enter an Order approving the modification, if no written objection to said Motion is filed with the Court within twenty-one (21) days from the date of filing.

Respectfully submitted, this the 12th day of November, 2015.

//    *Tracy A. Walley*
Tracy A. Walley, Attorney For Debtor

CERTIFICATE OF SERVICE

   I, the undersigned, Attorney for the above listed Debtor, do hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

filing to the following:

- J. C. Bell T3     mdg@jcbell.net
- J. C. Bell T4     mdg@jcbell.net
- Samuel J. Duncan     sduncan@jcbell.net
- John S. Simpson     tlucas@simpsonlawfirm.net, tlucas@ecf.inforuptcy.com
- United States Trustee     USTPRegion05.JA.ECF@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

added Creditor(s):     affected Creditor(s):
  United Consumer Financ   Action Financial
  c/o Bass & Assoc, PC    803 N. 16th Ave.,
  3936 E Ft Lowell #200    Suite A
  Tucson, AZ  85712     Laurel, MS  39440

This the 12th day of November, 2015
 .

              //   *Tracy A. Walley*_____
              Tracy A. Walley, MSB#99598
              Attorney for Debtor

**TRACY A. WALLEY**
Attorney at Law
P. O. Box 1995
Laurel, MS  39440
Telephone:  601/651-2186
Fax:  601/651-2284
E-mail:  *twalley99598@gmail.com*